IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER H. McCOY,

Petitioner,

v.

Civil Case No. 13-cv-1318-DRH
Criminal Case No. 11-cr-30076-DRH

UNITED STATES OF AMERICA,

Respondent.

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for purposes of case management. The Court has reviewed petitioner Christopher H. McCoy's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (Doc. 1), and the government's response and exhibits in opposition (Doc. 5).  Pursuant to 18 U.S.C. § 3006A(a)(2)(B), the Court finds justice requires appointment of counsel to represent petitioner McCoy in his § 2255 petition.  The Court **APPOINTS** John D. Stobbs, II, 307 Henry Street, Suite 211, Alton, IL 62002, of the CJA panel to represent petitioner McCoy.

**IT IS SO ORDERED.**
Signed this 24th day of February, 2014.

Digitally signed by David R. Herndon
Date: 2014.02.24 16:56:23 -06'00'

**Chief Judge**
**United States District Judge**