IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER H. MCCOY,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                            No. 13-cv-1318-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that based on the reasons stated in court during the hearing on July 31, 2014, Petitioner's claims are **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                              BY:  s/*Caitlin Fischer*
                                        **Deputy Clerk**

Dated: July 31, 2014

Digitally signed by David R. Herndon
Date: 2014.07.31 09:59:46 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT