IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTOPHER MCCOY**,

Petitioner,

v.                                                                                   No. 13-1318-DRH

**UNITED STATES OF AMERICA,**

Respondent.

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

Pending before the Court is McCoy's motion for transcripting [sic] the hearing (July 31, 2014) and to furnish petitioner with a copy (Doc. 38). Based on the following, the Court denies the motion.

The transcripts McCoy requests do not exist because they have not yet been prepared. When transcripts have not been prepared, a litigant has a right to have transcripts prepared at the government's expense under limited circumstances. This right is dependent upon: (1) whether the litigant can establish that he is indigent, and (2) whether the transcript is needed to decide an issue presented by a pending and non-frivolous actions. *See* <u>28 U.S.C. § 753(f)</u> (stating that fees for transcripts furnished to persons who are permitted to sue *in forma pauperis* in § 2255 proceedings "shall be paid by the United States … if the trial judge or a circuit judge certifies that the suit … is not

frivolous and that the transcript is needed to decide the issue presented by the suit").

Here, McCoy is not entitled to the transcripts for free. On April 15, 2014, the Court entered an Order denying his motion to proceed in forma pauperis on appeal finding that his appeal is not taken in good faith (Doc. 34). Thereafter, the Court issued another Order declining to issue McCoy a certificate of appealability (Doc. 36). Thus, the Court **DENIES** the motion (Doc. 38). McCoy may refiled this motion with the Seventh Circuit.

**IT IS SO ORDERED.**

Signed this 12th day of September, 2014.

Digitally signed by David R. Herndon
Date: 2014.09.12 14:29:18 -05'00'

**Chief Judge**
**United States District Court**